1 | Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
2 | **GOODWIN PROCTER LLP**
135 Commonwealth Drive
3 | Menlo Park, CA 94025
Tel: 650.752-3100
4 | Fax: 650.853-1038

Attorney for Plaintiff:
*Teespring*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TEESPRING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VIRALSTYLE LLC,<br><br>　　　　　Defendant. | Civil Action No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED PARTIES OR PERSONS** |

| | |
|---|---|
| 1 | **CORPORATE DISCLOSURE STATEMENT** |
| 2 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that |
| 3 | the following listed entities own more than 10 percent of stock in Plaintiff Teespring: |
| 4 | • Andreessen Horowitz Fund III, L.P. (investor) |
| 5 | **CERTIFICATION OF INTERESTED PARTIES** |
| 6 | Pursuant to Civil L. R. 3-16, the undersigned certifies that, other than the named parties to |
| 7 | this action, the following listed entities have a financial or non-financial interest that could be |
| 8 | substantially affected by the outcome in this proceeding: |
| 9 | • Go Media, Inc. (licensor of certain asserted copyrights) |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that the following listed entities own more than 10 percent of stock in Plaintiff Teespring:

- Andreessen Horowitz Fund III, L.P. (investor)

# CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L. R. 3-16, the undersigned certifies that, other than the named parties to this action, the following listed entities have a financial or non-financial interest that could be substantially affected by the outcome in this proceeding:

- Go Media, Inc. (licensor of certain asserted copyrights)

Respectfully submitted,

Dated: October 23, 2014

/s/ Michael T. Jones
Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel: 650.752-3100
Fax: 650.853-1038

Attorney for Plaintiff:
*Teespring*