AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| TEESPRING *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 3:14-cv-04724-JCS |
| VIRALSTYLE LLC *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Viralstyle LLC, 11800 Dr. Martin Luther King Jr. St. N, Unit 2302, St. Petersburg, FL 33716
c/o Christopher J. Denicolo at 1245 Court Street, Suite 102, Clearwater FL 33756.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael T. Jones
Goodwin procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Tel.: 650.752.3100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Richard W. Wieking*

Date: October 27, 2014

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of California

Case Number: 3:14-CV-04724-JCS

2014011280

Plaintiff:
**TEESPRING**

vs.

Defendants:
**VIRALSTYLE LLC**

For:
Michael T. Jones
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

Received by MercuryServe, Inc. on the 28th day of October, 2014 at 1:13 pm to be served on **VIRALSTYLE, LLC C/O REGISTERED AGENT CHRISTOPHER J. DENICOLO, 1245 COURT STREET, SUITE 102, CLEARWATER, FL 33756**.

I, Carol A. Storgion, do hereby affirm that on the **28th day of October, 2014** at **3:05 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS, COMPLAINT, CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED PARTIES OR PERSONS, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, COPYRIGHT REPORT, ECF REGISTRATION, CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO AND NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL** with the date and hour of service endorsed thereon by me to TINA ARVIN as PARALEGAL who is designated to accept service for the within named corporation, and informing said person of the contents thereof, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action. Pursuant to Florida Statute 92.525, and under penalties of perjury, I declare that I have read the foregoing Return of Service, and that the facts stated in it are true.

**Carol A. Storgion**
18552

**MercuryServe, Inc.
412 E Madison Street
Suite 1120
Tampa, FL 33602
(813) 223-5400**
Our Job Serial Number: MSI-2014011280

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n