1  **KRONENBERGER ROSENFELD, LLP**
2  Karl S. Kronenberger (Bar No. 226112)
   Jeffrey M. Rosenfeld (Bar No. 222187)
3  Conor H. Kennedy (Bar No. 281793)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:  (415) 955-1158
   karl@KRInternetLaw.com
6  jeff@KRInternetLaw.com
7  conor@KRInternetLaw.com

8  Attorneys for Defendant,
   Viralstyle, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TEESPRING**, | Case No. 3:14-cv-04724-JCS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT VIRALSTYLE, LLC TO FILE ITS RESPONSE TO COMPLAINT** |
| v. | |
| **VIRALSTYLE, LLC**, | |
| Defendant. | |

1  WHEREAS, Defendant Viralstyle, LLC ("Defendant") was served with a copy of
2 the summons, complaint, and other case-initiating documents by Plaintiff Teespring
3 ("Plaintiff") on October 28, 2014, making its response to the complaint due on
4 November 18, 2014;

5  WHEREAS, Plaintiff and Defendant had previously agreed to extend the time for
6 Defendant to respond to the complaint by ten days until November 28, 2014; and

7  WHEREAS, Defendant requested, and Plaintiff agreed to, an additional one-
8 week extension of Defendant's deadline to respond to the complaint, and good cause
9 exists for the extension due to the Thanksgiving holiday.

10  IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 6-1(a)
11 by and between Plaintiff and Defendant through their counsel of record, that Defendant
12 shall have until December 5, 2014 to file its response to the complaint.

**IT IS SO STIPULATED.**

DATED:  November 26, 2014    **KRONENBERGER ROSENFELD, LLP**

By:  s/ Karl S. Kronenberger
     Karl S. Kronenberger

Attorneys for Defendant

DATED:  November 26, 2014    **GOODWIN PROCTER LLP**

By: :  /s/ Michael T. Jones (with permission)
Michael T. Jones (SBN 290660)
135 Commonwealth Drive
Menlo Park, California 94025
Tel.:  650.752.3100
Fax:  650.853.1038

Dated: 12/2/14



IT IS SO ORDERED
Judge Joseph C. Spero

Case No. 3:14-cv-04724-JCS          STIP. FOR EXTENSION OF TIME TO
                                    RESPOND TO COMPLAINT




**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Civil Rule 5-1(i)(3), I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this Stipulation for Extension of Time for Defendant Viralstyle, LLC to File its Response to Complaint has been obtained from Michael T. Jones, who has provided the conformed signature above.

Respectfully Submitted,

DATED:  November 26, 2014                **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
       Karl S. Kronenberger

Attorneys for Defendant

Case No. 3:14-cv-04724-JCS                **STIP. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**