Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California  94025
Tel.:  650.752.3100
Fax:  650.853.1038

Robert D. Carroll (admitted *pro hac vice*)
*rcarroll@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, Massachusetts 02109
Tel.:  617.570.1000
Fax:  617.523.1231

Attorneys for Plaintiff
*Teespring*

Conor H. Kennedy (SBN 281793)
*conor@KRInternetLaw.com*
**KRONENBERGER ROSENFELD, LLP**
150 Post Street, Suite 520
San Francisco, CA 94108
Tel: 415.955.1155
Fax: 415.955.1158

Attorneys for Defendant,
*Viralstyle, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEESPRING, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>VIRALSTYLE LLC,<br><br>          Defendant. | Case No. 3:14-cv-04724-JCS<br><br>JOINT MOTION IN SUPPORT OF FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION IN SUPPORT OF FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Teespring, Inc. ("Teespring") and Defendant ViralStyle, LLC ("ViralStyle") have agreed to terms and conditions representing a settlement and resolution of this action, which include a stipulation and agreement to the final consent judgment and permanent injunction attached hereto.

In consideration of the parties' agreement to settle and conclude this litigation, including through the agreement to a final consent judgment and permanent injunction, Teespring and ViralStyle respectfully request that the Court enter the attached proposed order. Both parties waive any right to appeal from the entry of the attached order.

Dated: April 16, 2015                           Respectfully submitted,

**GOODWIN PROCTER LLP**

/s/ Robert D. Carroll

Michael T. Jones
*mjones@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California  94025
Tel.:  650.752.3100
Fax:  650.853.1038


Robert D. Carroll (admitted *pro hac vice*)
*rcarroll@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, Massachusetts 02109
Tel.:  617.570.1000
Fax:  617.523.1231

Attorneys for Plaintiff
*Teespring, Inc.*

ACTIVE/82027079.1
**JOINT MOTION  - FINAL CONSENT JUDGMENT            CASE NO. 3:14-CV-04724-JCS**

Dated: April 16, 2015          **KRONENBERGER ROSENFELD, LLP**

By: /s/ Conor H. Kennedy

Conor H. Kennedy (SBN 281793)
*conor@KRInternetLaw.com*

150 Post Street, Suite 520
San Francisco, CA 94108
Tel: 415.955.1155
Fax: 415.955.1158

Attorney for Defendant
*Viralstyle LLC*

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 16, 2015, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.
Dated: April 16, 2015

         /s/ Robert D. Carroll

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Conor Kennedy, counsel for Defendant Viralstyle LLC, and that I have obtained Mr. Kennedy's authorization to affix his electronic signature to this document.

         /s/ Robert D. Carroll

ACTIVE/82027079.1
**JOINT MOTION - FINAL CONSENT JUDGMENT**     CASE NO. 3:14-CV-04724-JCS