1
2
3           **UNITED STATES DISTRICT COURT**
4        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
5

TEESPRING, INC.                    Case No. 3:14-cv-04724-JCS

       Plaintiff,

          v.                            **JURY TRIAL DEMANDED**

VIRALSTYLE LLC,

       Defendant.

[~~PROPOSED~~] FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION

**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff Teespring, Inc. ("Teespring") and Defendant ViralStyle, LLC ("ViralStyle") have agreed to terms and conditions representing a final judgment in this case.

Upon consideration of the consent of the parties, judgment is entered in favor of Plaintiff Teespring, and so entered will conclude all claims between the parties that have been raised as part of this action.

In addition, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) and has personal jurisdiction over Plaintiff Teespring and Defendant ViralStyle. Venue is proper in this district.

2. This Court issues a Permanent Injunction in this action, as follows:

    a. Defendant ViralStyle, its successors, assigns, and all those in relation to it or them designated pursuant to Fed. R. Civ. P. 65(d)(2)(A)-(C) are PERMANENTLY ENJOINED from:

        i. Using the garment templates bearing Copyright Registration Nos. VA0001926744 ("long-sleeve") and VA0001926803 ("hoodie"), in violation of any of the exclusive rights listed under 17 U.S.C. § 106;

        ii. Using the garment templates bearing Copyright Registration Nos. VA0001926746 ("crewneck") and VA0001926742 ("women's") for web and mobile design applications in violation of any of the exclusive rights listed under 17 U.S.C. § 106; and

    b. Defendant ViralStyle is directed to remove all uses of garment templates bearing Copyright Registration Nos. VA0001926744, VA0001926803,

VA0001926746, and VA0001926742 from any website Defendant ViralStyle owns, operates or controls; and

    c.    Defendant ViralStyle is directed to serve on Plaintiff Teespring within thirty (30) days after issuance of this Final Consent Order and Permanent Injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendant ViralStyle has complied with the Permanent Injunction.

3.    This Court shall retain jurisdiction to enforce this Final Consent Judgment and Permanent Injunction.

SO ORDERED:                                      Dated: April 17, 2015



_____
Chief U.S. Magistrate Judge Joseph C. Spero

ACTIVE/81948953.4
**FINAL CONSENT JUDGMENT**                        CASE NO. 3:14-CV-04724-JCS